# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

BYRON MCLEOD FAIRBANKS,

            Plaintiff,

  v.

CONTRA COSTA COUNTY PUBLIC
DEFENDER et al,

            Defendant.

_____/

Case Number: CV07-05506 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 2, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Byron M. Fairbanks
F-18862/ AG-308
California Substance Abuse Treatment
  Facility & State Prison
PO Box 5248
Corcoran, CA 93212

Court's Financial Office

Dated: November 2, 2007

                    Richard W. Wieking, Clerk
                    By: D. Toland, Deputy Clerk